RECEIVED
IN LAKE CHARLES, LA

MAR - 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| JAMES BROWN | CIVIL ACTION NO. 05-1805LC |
| VS. | SECTION P |
| STUART S. KAY, JR., ET AL | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's *habeas* claims be **DENIED AND DISMISSED** as duplicative of those advanced in *Brown v. Warden*, 2:05-cv-1559 (W.D. La.).

**IT IS FURTHER ORDERED** that plaintiff's civil rights claims be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915(e)(2).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this __6__ day of ___March___, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE